UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-22807-KING/MCALILEY

TAMARA TAYLOR,

    Plaintiff,

v.

MARIE FRANCES ADAM, M.D.,

    Defendant.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Plaintiff, TAMARA TAYLOR, by and through her undersigned counsel, hereby files her Response to Defendant's Motion for Summary Judgment. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant is not entitled to summary judgment because there are genuine issues of material facts as to whether Plaintiff was retaliated against in violation of Fair Labor Standards Act.

In support of Plaintiff's Response to Defendant's Summary Judgment Motion, Plaintiff has filed Plaintiff's Statement of Material Facts in Response to Defendant's Summary Judgment Motion, Memorandum of Law in Response to Defendant's Motion for Summary Judgment, and Plaintiff's Notice of Filing Exhibits in response to Defendant's Summary Judgment Motion.

Respectfully submitted this 24th day of July, 2013.

        LAW OFFICES LEVY & LEVY, P.A.
        300 Southeast 13th Street
        Ft. Lauderdale, Florida 33316
        Telephone:   (954) 763-5722
        Facsimile:   (954) 763-5723
        E-mail: chad@levylevylaw.com
        Counsel for Plaintiff

        */s/ Chad E. Levy*
        CHAD E. LEVY, ESQ.
        Florida Bar No.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        */s/ Chad E. Levy*
        CHAD E. LEVY

## SERVICE LIST

Guy F. Giberson
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Email: ggiberson@dvllp.com
*Counsel for Defendant*