# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by  MC  D.C.
ELECTRONIC

SEPT 17, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 17, 2013

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-13296-AA
Case Style: Tamara Taylor v. Marie Adam
District Court Docket No: 1:11-cv-22807-JLK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA/rvg
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13296-AA
_____

TAMARA TAYLOR,

                                                                  Plaintiff-Appellant,

versus

MARIE FRANCE ADAM,
an individual,
d.b.a. University Medical Health Center,

                                                                  Defendant-Appellee.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

Before: DUBINA, MARCUS and MARTIN, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's June 21, 2013 order vacating its order on appeal is not final or immediately appealable. An award of attorney's fees is not final until the amount is determined. *See Interstate Pipe Maint., Inc. v. FMC Corp.*, 775 F.2d 1495, 1497 (11th Cir. 1985); *see also Fort v. Roadway Exp., Inc.*, 746 F.2d 744, 747 (11th Cir. 1984) (quoting *Mekdeci v. Merrell Nat'l Labs.*, 711 F.2d 1510, 1523 (11th Cir. 1983)) (explaining that an order that on its face contemplates further proceedings before a party's ultimate obligations regarding costs become fixed is not a final judgment). Because Taylor has an unresolved claim, Count Three of her complaint, this appeal is premature.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.