UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-22807-KING/MCALILEY

TAMARA TAYLOR,

    Plaintiff,

v.

MARIE FRANCES ADAM, M.D.,

    Defendant.

_____/

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND**
**COMPEL PRODUCTION OF EXECUTED SETTLEMENT AGREEMENT**

Plaintiff, TAMARA TAYLOR, by and through her undersigned counsel, respectfully request that this Honorable Court withdraw the Plaintiff's Motion to Enforce Settlement and Compel Production of Executed Settlement Agreement filed on January 20, 2014 [DE: 103].

    Respectfully submitted,

    LEVY & LEVY, P.A.
    300 Southeast Thirteenth Street
    Fort Lauderdale, Florida 33316
    Telephone: (954) 763-5722
    Facsimile:  (954) 763-5723
    E-mail: chad@levylevylaw.com
    Co-Counsel for Plaintiff

    */s/ Chad E. Levy*_____
    Chad E. Levy
    Florida Bar No.  0851701

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Chad E. Levy*
CHAD E. LEVY

## SERVICE LIST

Guy F. Giberson
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Email: ggiberson@dvllp.com
*Counsel for Defendant*